IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-cr-17 |
| | ) | |
| ALAN GOINS | ) | |

## O R D E R

This criminal case is before the court on the report and recommendation of Magistrate Judge Dennis H. Inman [doc. 95]. Judge Inman conducted a change of plea hearing and found the defendant competent to enter a plea; that the plea was knowing and voluntary; and that the plea has a sufficient basis in fact. Based on these findings, Judge Inman recommends that the court accept the defendant's guilty plea to Counts One and Twelve of the Indictment. No objections to the Report and Recommendation have been received within the time allowed.

Therefore, the court **ADOPTS** the Report and Recommendation in its entirety, and the defendant's plea of guilty is **ACCEPTED**. The defendant shall

remain in custody. The sentencing hearing is set for September 25, 2008, at 2:00 p.m. in Greeneville.

IT IS SO **ORDERED**.

ENTER:

*s/ Leon Jordan*
United States District Judge